No. 426. CITY OF LOS ANGELES ET AL. *v.* WOODS, HOUSING EXPEDITER, ET AL.

*Per Curiam:* The petition for writ of certiorari is granted. The judgment of the Court of Appeals is vacated and the cause is remanded to the

District Court with directions to vacate its judgment and to dismiss the complaint upon the ground that the cause is moot. *Ray L. Cheseboro, Bourke Jones* and *Charles S. Rhyne* for petitioners. *Solicitor General Perlman* and *Ed Dupree* for Woods; and *Hardy K. Maclay, Alexander H. Schullman, David S. Smith, Wallace M. Cohen, Herbert S. Thatcher, Arthur J. Goldberg* and *M. S. Ryder* for Miller et al., respondents. *William H. Emerson, Alexander G. Brown, Walter J. Mattison* and *David M. Proctor* filed a brief for the National Institute of Municipal Law Officers, as *amicus curiae,* supporting the petition.